The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 3.82 | 22.39 | Federal Tax | 0.00 | 332.73 |
| 022 Shift Diff | 73.00 | 0.50 | 36.50 | 206.42 | Social Security | 228.08 | 1158.63 |
| 050 Hlth Med Leave | 0.00 | | 0.00 | 371.52 | Medicare | 53.34 | 270.97 |
| 060 TOB | 0.00 | | 0.00 | 227.04 | NJ State Tax | 173.06 | 793.88 |
| Service Award | 0.00 | | 0.00 | 232.26 | NJ Family Leave | 12.36 | 63.02 |
| Dev Time Entry Wage | 80.00 | 20.64 | 1651.20 | 9767.88 | Philadelphia | 140.52 | 716.19 |
| Dev Straight OT | 66.25 | 20.64 | 1367.40 | 5485.08 | NJ Unemployment | 15.93 | 81.17 |
| Bonus Net | 0.00 | | 0.00 | 29.03 | NJ Disability | 8.62 | 43.93 |
| Dev Premium OT | 0.00 | 0.00 | 0.00 | 2779.22 | Medical Ins | 59.74 | 358.44 |
| Premium OT Rates: | | | | | Dental Ins | 12.46 | 74.76 |
| Dev Premium OT | 33.00 | 10.46 | 345.20 | | Vol Life Ins | 15.30 | 91.80 |
| Dev Premium OT | 33.25 | 10.43 | 346.78 | | Vol Accident Ins | 3.58 | 21.48 |
| | | | | | Gift Card Offset | 0.00 | 25.00 |

| Employee Name | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|
| April L. Anderson | 02/23/2025 | 03/08/2025 | 03/14/2025 | 146.25 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 3750.90 | 19120.84 | 72.20 | 433.20 | 631.91 | 3460.52 | 18.88 | 138.28 | 3024.09 | 15066.45 |

| | | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| | | 22.17 | 84.50 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 1071952833 | C | XXXXXX5015 | 3,024.09 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Exempt | 0 | 0 |

Message(s)

The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 3.82 | 26.21 | Federal Tax | 0.00 | 332.73 |
| 022 Shift Diff | 52.00 | 0.50 | 26.01 | 232.43 | Social Security | 164.72 | 1323.35 |
| 050 Hlth Med Leave | 0.00 | | 0.00 | 371.52 | Medicare | 38.52 | 309.49 |
| 060 TOB | 0.00 | | 0.00 | 227.04 | NJ State Tax | 102.96 | 896.84 |
| Service Award | 0.00 | | 0.00 | 232.26 | NJ Family Leave | 9.00 | 72.02 |
| Dev Time Entry Wage | 80.00 | 20.64 | 1651.20 | 11419.08 | Philadelphia | 102.19 | 818.38 |
| Dev Straight OT | 33.75 | 20.64 | 696.60 | 6181.68 | NJ Unemployment | 11.58 | 92.75 |
| Bonus Net | 0.00 | | 0.00 | 29.03 | NJ Disability | 6.26 | 50.19 |
| Dev Premium OT | 0.00 | 0.00 | 0.00 | 3130.45 | Medical Ins | 59.74 | 418.18 |
| Premium OT Rates: | | | | | Dental Ins | 12.46 | 87.22 |
| Dev Premium OT | 3.25 | 10.49 | 34.11 | | Vol Life Ins | 15.30 | 107.10 |
| Dev Premium OT | 30.50 | 10.40 | 317.12 | | Vol Accident Ins | 3.58 | 25.06 |
| | | | | | Gift Card Offset | 0.00 | 25.00 |

| Employee Name | | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | | 03/09/2025 | 03/22/2025 | 03/28/2025 | 113.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2728.86 | 21849.70 | 72.20 | 505.40 | 435.23 | 3895.75 | 18.88 | 157.16 | 2198.73 | 17265.18 |

| | | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| | | 22.17 | 92.50 | |

**Net Pay Distribution**

| Deposit/Check Number | Account Type | Account Number | | Amount |
|---|---|---|---|---|
| 1072424557 | C | XXXXXX5015 | | 2,198.73 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Exempt | 0 | 0 |

Message(s)

The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 3.82 | 30.03 | Federal Tax | 0.00 | 332.73 |
| 022 Shift Diff | 57.00 | 0.50 | 28.50 | 260.93 | Social Security | 148.39 | 1471.74 |
| 050 Hlth Med Leave | 7.00 | 20.64 | 144.48 | 516.00 | Medicare | 34.71 | 344.20 |
| 060 TOB | 0.00 | | 0.00 | 227.04 | NJ State Tax | 86.90 | 983.74 |
| Service Award | 0.00 | | 0.00 | 232.26 | NJ Family Leave | 8.12 | 80.14 |
| Dev Time Entry Wage | 80.00 | 20.64 | 1651.20 | 13070.28 | Philadelphia | 92.32 | 910.70 |
| Dev Straight OT | 26.25 | 20.64 | 541.80 | 6723.48 | NJ Unemployment | 10.46 | 103.21 |
| Bonus Net | 0.00 | | 0.00 | 29.03 | NJ Disability | 5.66 | 55.85 |
| Prior Pay Adj TEW | -3.75 | 20.64 | -77.40 | -77.40 | Medical Ins | 59.74 | 477.92 |
| Prior Pay Adj Overtime | -3.25 | 20.64 | -67.08 | -67.08 | Dental Ins | 12.46 | 99.68 |
| Prior Pay Adj Prem | 0.00 | | -33.54 | -33.54 | Vol Life Ins | 15.30 | 122.40 |
| Dev Premium OT | 0.00 | 0.00 | 0.00 | 3404.32 | Vol Accident Ins | 3.58 | 28.64 |
| **Premium OT Rates:** | | | | | Gift Card Offset | 0.00 | 25.00 |
| Dev Premium OT | 7.50 | 10.53 | 78.96 | | | | |
| Dev Premium OT | 18.75 | 10.39 | 194.91 | | | | |

| Employee Name | | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | | 03/23/2025 | 04/05/2025 | 04/11/2025 | 106.25 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2465.65 | 24315.35 | 72.20 | 577.60 | 386.56 | 4282.31 | 18.88 | 176.04 | 1984.19 | 19249.37 |

| | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|
| | 15.17 | 100.50 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 1072745619 | C | XXXXXX5015 | 1,984.19 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Exempt | 0 | 0 |

Message(s)

The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 3.82 | 33.85 | Federal Tax | 0.00 | 332.73 |
| 022 Shift Diff | 104.75 | 0.50 | 52.39 | 313.32 | Social Security | 251.37 | 1723.11 |
| 050 Hlth Med Leave | -7.00 | 20.64 | -144.48 | 371.52 | Medicare | 58.79 | 402.99 |
| 055 Bereavement | 7.00 | 20.64 | 144.48 | 144.48 | NJ State Tax | 199.36 | 1183.10 |
| 060 TOB | 0.00 | | 0.00 | 227.04 | NJ Family Leave | 13.61 | 93.75 |
| Service Award | 0.00 | | 0.00 | 232.26 | NJ Unemployment | 17.52 | 120.73 |
| Dev Time Entry Wage | 80.00 | 20.64 | 1651.20 | 14721.48 | NJ Disability | 9.48 | 65.33 |
| Dev Straight OT | 67.75 | 20.64 | 1398.36 | 8121.84 | Philadelphia | 154.60 | 1065.30 |
| Bonus Net | 0.00 | | 0.00 | 29.03 | Medical Ins | 59.74 | 537.66 |
| Prior Pay Adj TEW | 0.00 | | 0.00 | -77.40 | Dental Ins | 12.46 | 112.14 |
| Prior Pay Adj Overtime | 10.00 | 20.64 | 206.40 | 139.32 | Gift Card Offset | 0.00 | 25.00 |
| Prior Pay Adj Prem | 0.00 | | 103.20 | 69.66 | Vol Life Ins | 15.30 | 137.70 |
| Dev Premium OT | 0.00 | 0.00 | 0.00 | 4115.52 | Vol Accident Ins | 3.58 | 32.22 |
| **Premium OT Rates:** | | | | | | | |
| Dev Premium OT | 32.00 | 10.50 | 336.06 | | | | |
| Dev Premium OT | 35.75 | 10.49 | 375.14 | | | | |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | ■■ | 04/06/2025 | 04/19/2025 | 04/25/2025 | 147.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 4126.57 | 28441.92 | 72.20 | 649.80 | 704.73 | 4987.04 | 18.88 | 194.92 | 3326.94 | 22576.31 |

| | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|
| | 22.17 | 108.50 | |

**Net Pay Distribution**

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 1073219756 | C | XXXXXX5015 | 3,326.94 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Exempt | 0 | 0 |

Message(s)