**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| April Letitia Anderson,<br><br>                             Debtor. | Case No. 25-11772-DJB<br>Chapter 13 |

**Certificate of Service**

     I, Michael A. Cibik, certify that on October 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701 Philadelphia, PA 19106
Method of Service: CM/ECF

**MTGLQ Investors, L.P.**
c/o NewRez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Method of Service: CM/ECF

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Litigation & Collections Unit
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1595
Method of Service: First Class Mail