# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| April Letitia Anderson,<br><br>　　　　　　　　　Debtor. | Case No. 25-11772-DJB<br>Chapter 13 |

## Certificate of Service

 I, Michael A. Cibik, certify that on October 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 23, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

PHH Mortgage Services
Attn: Bankruptcy
1 Mortgage Way Llc, 3rd Fl
Mount Laurel, NJ 08054

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Sls/equity
601 Office Center Dr
Fort Washington, PA 19034

Penn Credit
Attn: Bankruptcy
2800 Commerce Dr
Harrisburg, PA 17110

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404