# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| APRIL L. ANDERSON, ) | CASE NO.: 25-11772-DJB |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE DEREK J BAKER |
| ) | |
| MTGLQ INVESTORS, L.P., ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| APRIL L. ANDERSON, DEBTOR, ) | |
| AND KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY
### (This resolves Docket No. 28)

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw MTGLQ Investors, L.P.'s Motion for Relief from Stay which was filed with this Court on or about **November 7, 2025 as Docket No. 28.**

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 20th day of November 2025.

*VIA U.S. MAIL*

*DEBTOR*
APRIL L. ANDERSON
349 VAN KIRK ST
PHILADELPHIA, PA 19120-1134

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*