United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11772-djb
April L. Anderson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 08, 2026      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | April L. Anderson, 349 Van Kirk St, Philadelphia, PA 19120-1134 |
| 15007049 | + | MTGLQ Investors, L.P., c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |
| 15005241 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15005245 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15005249 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005233 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 09 2026 00:37:47 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15059244 | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15005235 | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15005234 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:25:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15016749 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 00:25:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15005236 | | Email/Text: bankruptcy@philapark.org | Jan 09 2026 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15005237 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2026 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15021259 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:25:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029122 | | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2026 00:18:00 | MTGLQ Investors, L.P. c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 15005238 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2026 00:18:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15005239 | | Email/PDF: cbp@omf.com | Jan 09 2026 00:26:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15005240 | | Email/Text: bankruptcies@penncredit.com | Jan 09 2026 00:18:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 15005244 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 09 2026 00:18:00 | PHH Mortgage Services, Attn: Bankruptcy, 1 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Mortgage Way Llc, 3rd Fl, Mount Laurel, NJ 08054-4637 |
| 15027449 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:26:03 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15005242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15022109 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15005243 | ^ | MEBN | Jan 09 2026 00:17:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15005246 | | Email/Text: bankruptcy@philapark.org | Jan 09 2026 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15005247 | ^ | MEBN | Jan 09 2026 00:17:37 | Sls/equity, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 15005248 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 09 2026 00:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

**Name**          **Email Address**

JOSHUA I. GOLDMAN
    on behalf of Creditor MTGLQ Investors L.P. Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor April L. Anderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 08, 2026 | Form ID: 155 | Total Noticed: 25

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   April L. Anderson )   Case No. 25−11772−djb
)
)
Debtor(s). )   Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 8, 2026

                                                           For The Court

                                                           Derek J Baker
                                                           Judge, United States Bankruptcy Court