**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| APRIL L. ANDERSON, ) | CASE NO.: 25-11772-DJB |
| ) | **CHAPTER 13** |
| DEBTOR. ) | JUDGE DEREK J BAKER |
| ) | |
| MTGLQ INVESTORS, L.P., ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| APRIL L. ANDERSON, DEBTOR, ) | |
| AND KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

MTGLQ Investors, L.P. has filed a Motion for Relief from Stay with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **February 18, 2026,** you or your attorney must do all of the following:

   (a) file an answer explaining your position at:

   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to Movant's attorney:

   Joshua I. Goldman, Esq.
   Padgett Law Group
   6267 Old Water Oak Road, Suite 203
   Tallahassee, FL 32312

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker, the United States Bankruptcy Judge, Courtroom 2, 900 Market Street, Philadelphia, PA

19107, on **March 19, 2026, at 11:00 AM**, or as soon thereafter as counsel can be heard, to consider the motion.

      4.    You may contact the Bankruptcy Clerk's office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

      5.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated:  February 4, 2026

        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq.
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Movant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this  4th  day of  February 2026:

*VIA U.S. MAIL*

*DEBTOR*
APRIL L. ANDERSON
349 VAN KIRK ST
PHILADELPHIA, PA 19120-1134

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*