**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| April Letitia Anderson, | Case No. 25-11772-DJB |
| *Debtor*. | Chapter 13 |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor April Letitia Anderson, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by MTGLQ Investors, LP.

Date: February 13, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by MTGLQ Investors, LP to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: February 13, 2026

/s/ Michael A. Cibik
Michael A. Cibik