# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| April Letitia Anderson,<br><br>*Debtor.* | Case No. 25-11772-DJB<br>Chapter 13 |

### Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, Debtor April Letitia Anderson, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on May 5, 2025.

2. The trustee in this case is Kenneth E. West.

3. The plan was confirmed on January 8, 2026.

4. Creditor MTGLQ Investors, L.P. recently filed a Motion for Relief From the Automatic Stay ("MFR") with respect to the Debtor's home stemming from missed post-petition payments.

5. A stipulation settling the MFR will soon be filed, and per the stipulation, the Debtor wants to amend their plan to roll in the post-petition arrears.

6. The proposed plan cures the post-petition arrears listed in the MFR by increasing the Debtor's monthly plan payments moving forward.

7. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 44 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: March 25, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com