**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| April Letitia Anderson, | Case No. 25-11772-DJB |
| | Chapter 13 |
| *Debtor*. | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 45, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 44) is **APPROVED**.

**Date:** _____

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge