**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **APRIL L. ANDERSON,** | ) | **CASE NO.: 25-11772-DJB** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| **MTGLQ INVESTORS, L.P.,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **APRIL L. ANDERSON, DEBTOR,** | ) | |
| **AND KENNETH E. WEST, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

**ORDER APPROVING STIPULATION IN SETTLEMENT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Stipulation between MTGLQ Investors, L.P.. and Debtor (Doc. 48),

it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**


Date:  _____


_____
HONORABLE DEREK J BAKER
U.S. BANKRUPTCY JUDGE