REV bL059 3



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

| | |
|---|---|
| Date Issued | 05/21/2026 |
| Letter ID | L0044066749 |
| Social Security Number | ***-**-5744 |

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST SUITE 400
PHILADELPHIA, PA 19107

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| **Account Information:** | **Bankruptcy Case Details:** |
|---|---|
| PENNY, STEVEN R | **Case ID:** 2512468 |
| Social Security Number : ***-**-5744 | **Type:** Chapter 13 |
| | **File Date:** 18-Jun-2025 |

**Why you are receiving this notice**

If you have any questions regarding this notice, please contact the department using the information provided.

Heather Haring

Phone: (717) 705-3982

Fax: (717) 783-4331

On **24-Jun-2025** the department sent you a Proof of Claim in the amount of **$3,673.62**.

Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim.

**What you need to do**

Please accept this letter as your authority to withdraw our claim. No further action is required.