B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Pennsylvania

In re Debtor 1: April L. Anderson                Case No. **25-11772-djb**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MTGLQ INVESTORS L.P.                        MTGLQ Investors L.P.

Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 7
should be sent:                                  Amount of Claim: $223,163.57
                                                 Date Claim Filed: 07/14/2025
MTGLQ INVESTORS L.P.
c/o Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd
Suite 500
Dallas, TX 75019

Phone: N/A                                       Phone: (800) 365-7107
Last Four Digits of Acct #: 0893                 Last Four Digits of Acct. #: 5362

Name and Address where transferee payments
should be sent (if different from above):

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd
Suite 500
Dallas, TX 75019

Phone: N/A
Last Four Digits of Acct #: 0893

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Giacinto     As Authorized Agent        Date:        06/26/2026
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.