**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **APRIL L. ANDERSON,** | ) | **CASE NO.: 25-11772-DJB** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| **MTGLQ INVESTORS, L.P.,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **APRIL L. ANDERSON, DEBTOR, AND** | ) | |
| **KENNETH E. WEST, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## ORDER APPROVING AMENDED STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the Amended Stipulation between MTGLQ INVESTORS, L.P. and

Debtor (Doc. 56), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: _____

_____
HONORABLE DEREK J BAKER
U.S. BANKRUPTCY JUDGE