United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 25-11772-djb

April L. Anderson                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | April L. Anderson, 349 Van Kirk St, Philadelphia, PA 19120-1134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 25 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2026 01:40:55 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2026 01:41:05 | PYOD, LLC, Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602-9008 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ INVESTORS L.P. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:          /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 24, 2026                       Form ID: pdf900                            Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSHUA I. GOLDMAN | on behalf of Creditor MTGLQ Investors  L.P. Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Trustee KENNETH E. WEST help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor April L. Anderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| APRIL L. ANDERSON, | ) | **CASE NO.: 25-11772-DJB** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| MTGLQ INVESTORS, L.P., | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| APRIL L. ANDERSON, DEBTOR, AND | ) | |
| KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**ORDER APPROVING AMENDED STIPULATION IN SETTLEMENT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Amended Stipulation between MTGLQ INVESTORS, L.P. and

Debtor (Doc. 56), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: **July 24, 2026**

_____
HONORABLE DEREK J BAKER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| APRIL L. ANDERSON, | ) | **CASE NO.: 25-11772-DJB** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| MTGLQ INVESTORS, L.P., | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| APRIL L. ANDERSON, DEBTOR, | ) | |
| AND KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## AMENDED STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is MTGLQ Investors, L.P. (hereinafter "Movant").

2. April L. Anderson ("Debtor") is the owner of the property described as 349 Van Kirk Street, Philadelphia, PA 19120 (hereinafter the "Property").

3. On February 4, 2026, Movant filed a Motion for Relief in this case and Debtor filed an Objection on February 13, 2026.

4. As April 24, 2026, the post-petition arrearage on the mortgage held by Movant on the Property is **$6,066.14**, which breaks down as follows:

   Post-Petition Payments: $1,333.97 for January 1, 2026 through April 1, 2026, totaling $5,335.88
   Fees & Costs: $1,549.00 ($1,350 fees and $199.00 costs)
   Suspense Balance: $818.74
   **Total Post-Petition Arrears with fees and costs: $6,066.14**

5. Debtor and Movant shall resolve this Motion in the following manner:

   a.  Debtor will file an Amended Chapter 13 Plan to cure the remaining post-petition arrears and fees totaling **$6,066.14**.

6.  Beginning May 1, 2026, Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to the below address:

**Shellpoint Mortgage Servicing**

**P.O. Box 650840**

**Dallas, TX 75265-0840**

7.  In the event the payments above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor's attorney of the default in writing and Debtor may cure said default within TWENTY (20) days of the date of said notice.  If Debtor should fail to cure the default within TWENTY (20) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

8.  If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

9.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11. The provisions of this stipulation are without prejudice to any of our rights and remedies available to the Trustee.

12. The parties agree that an electronic signature shall be considered an original signature.

Date: 7/15/26

By: /s/ Joshua I. Goldman

Joshua I, Goldman, Esquire

Attorney for Movant

Date: 7/15/26

By: /s/ Michael A. Cibik

Michael A. Cibik, Esquire

Attorney for Debtor

No Objection- Without Prejudice to Any
Trustee Rights or Remedie

Date: July 14, 2026

By: /s/ LeeAne O. Huggins

Kenneth E. West

Chapter 13 Trustee